IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:

Chad Michael Kuhlman
Natasha Lynnette Kuhlman

\* CASE NO. 08-36393-W
\*
\* JUDGE MARY ANN WHIPPLE
\*
\* William L. Swope, Esq.
\* 221 S. Main St.
\* Findlay, Ohio 45840
\* (419) 422-0288
\* Sup. Ct. #0029538

REPORT ON DIVIDENDS OF LESS THAT FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named debtor(s), do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Amount |
|---|---|
| Paulding Progress Newspaper<br>113 S. Williams Street<br>P.O. Box 180<br>Paulding OH 45879-1429 | $ 1.54 |
| Foster Family Chiropractic<br>10963 Van Wert Decatur Rd.<br>Van Wert, OH 45891 | $ 0.63 |
| Buckeye Exterminating Inc.<br>PO Box 246<br>Ottoville OH 45876 | $ 0.21 |
| Allen Collections, Inc.<br>6710 Old Trail Rd.<br>Fort Wayne, IN 46809-2639 | $ 1.74 |
| St. Rita's Medical Center<br>730 W. Market St.<br>Lima, OH 45801 | $ 0.48 |
| Dominion East Ohio Gas<br>P.O. Box 26785<br>Richmond, VA 23261 | $ 4.13 |
| Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | $ 1.97 |
| | $10.70 |

A check for $10.70 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

Date: January 20, 2011

William L. Swope
Trustee